Certificate Number: 17572-OHN-DE-036209295

Bankruptcy Case Number: 21-14155


17572-OHN-DE-036209295

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>December 16, 2021</u>, at <u>9:30</u> o'clock <u>PM PST</u>, <u>Jennifer M Parsons</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Ohio</u>.

Date: <u>December 16, 2021</u>   By:   <u>/s/Judy Alexander</u>

Name: <u>Judy Alexander</u>

Title: <u>Counselor</u>