Certificate Number: 17572-OHN-DE-036210380

Bankruptcy Case Number: 21-14155


17572-OHN-DE-036210380

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 16, 2021, at 9:30 o'clock PM PST, John E Parsons Jr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date:   December 17, 2021         By:   /s/Judy Alexander

                                  Name: Judy Alexander

                                  Title: Counselor